UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENZUAN LI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>Defendants. | Case No. C26-1962-RSM<br><br>MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: On August 28, 2026, Plaintiffs filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. #8. Accordingly, this case is DISMISSED. All pending motions are stricken. This case is CLOSED.

DATED this 18th day of September, 2026.

JOSHUA C. LEWIS, Clerk

By: /s/ Tajma Eaton
Deputy Clerk